# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1865
_____

SHAWN T. GAINEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


June 16, 2026


PER CURIAM.

The Court denies ground one as moot, and denies all others on the merits.

BILBREY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shawn T. Gainey, pro se, Petitioner.

James Uthmeier, Attorney General, and Adam Wilson, Assistant Attorney General, Tallahassee, for Respondent.